# PK
## Powers Kirn, LLC
*Attorneys at Law*

308 Harper Drive  
Suite 210  
Moorestown, NJ  08057  
856.802.1000  
*(New Jersey Office)*

8 Neshaminy Interplex, Suite 215  
Trevose, PA  19053  
Phone: (215) 942-2090  
Fax: (215) 942-8661  
*(Pennsylvania Office)*

April 18, 2023

Brad J. Sadek, Esquire  
1500 JFK Boulevard  
Suite 220  
Philadelphia, PA  19102



RE:   PENNYMAC LOAN SERVICES, LLC  
         vs.  
         Milagros Ortiz  
         Chapter 13, Case No. 19-17496 MDC  
         Type of Action: **Notice of Default**

Dear Mr. Sadek:

The enclosed stipulation executed by the parties in the above referenced matter requires the Debtors to remain current on the monthly post petition mortgage payments.  However, as of the 04/12/23, PennyMac Loan Services, LLC has not received the following payments:

| Item | Quantity | From | To | Amount | |
|---|---|---|---|---|---|
| Payments: | 1 | 1/1/23 | 1/1/23 | $806.57 | $806.57 |
| Payments: | 3 | 2/1/23 | 4/1/23 | $799.90 | $2,399.70 |
| Attorney Fees for this Notice of Default: | | | | | $100.00 |
| Less:  Debtor Suspense: | | | | | $0.00 |
| **TOTAL:** | | | | | **$3,306.27** |

Therefore, the Debtors are currently in default of the agreed stipulation.  The amount needed to cure the default is stated above, and payment must be made in certified funds, money orders or cashier's check.

In accordance with the stipulation, this shall serve as fifteen (15) days written notice of default.  If the default is not cured within fifteen (15) days of the date of this letter, then my client may certify the default to the Court and an Order will be entered granting relief from the automatic stay.

    Payments should be sent to:    PennyMac Loan Services, LLC
    P.O. Box 660929
    Dallas, TX  75266-0929

> ***Please note - An additional $799.90  will come due on 05/01/2023.***

Acceptance of partial payments will not constitute a waiver of Movant's rights to pursue  the default in the event the funds remitted are not enough to cure the entire default.

If you have any questions, please contact my office.

    Very truly yours,

    */s/ Karina Velter, Esquire*
    Karina Velter, Esquire

Enclosure
kv/khp
19-0336

cc:    Milagros Ortiz
    5017 Loretto Avenue
    Philadelphia, PA  19124

**POWERSKIRN**
COUNSELORS AT LAW

POWERS KIRN, LLC
8 Neshaminy Interplex
Suite 215
Trevose, PA  19053

```
02 1P                $ 000.60⁰
0000933822    APR 18 2023
MAILED FROM ZIP CODE 19053
```

Milagros Ortiz
5017 Loretto Avenue
Philadelphia, PA  19124

**POWERS KIRN**
COUNSELORS AT LAW

POWERS KIRN, LLC
8 Neshaminy Interplex
Suite 215
Trevose, PA 19053



Brad J. Sadek, Esquire
1500 JFK Boulevard
Suite 220
Philadelphia, PA  19102